# UNITED STATES COURT OF APPEALS

## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,
                 *Plaintiff-Appellee,*

v.                                                      No. 02-6524

DONALD LOUIS BARBER,
                 *Defendant-Appellant.*

Appeal from the United States District Court
for the Western District of North Carolina, at Asheville.
Lacy H. Thornburg, District Judge.
(CR-96-21, CA-02-7-1-T)

Submitted: May 29, 2002

Decided: July 15, 2002

Before WILLIAMS, MICHAEL, and TRAXLER, Circuit Judges.

---

Vacated and remanded by unpublished per curiam opinion.

---

**COUNSEL**

Donald Louis Barber, Appellant Pro Se. Thomas Richard Ascik, OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

---

**OPINION**

PER CURIAM:

Donald Louis Barber seeks to appeal the district court's orders denying his petition for a writ of audita querela filed under the All Writs Act, which the district court construed as Barber's first motion under 28 U.S.C.A. § 2255 (West Supp. 2001), and his motion filed under Fed. R. Civ. P. 59(e). The district court did not have the benefit of our recent decision in *United States v. Emmanuel*, 288 F.3d 644 (4th Cir. 2002), when it recharacterized Barber's filing as his first § 2255 motion. Thus, we grant a certificate of appealability, vacate the district court's orders, and remand in light of *Emmanuel* for the district court to provide Barber with notice of its intention to recharacterize his filing and an opportunity for him to respond by proceeding with the recharacterization to a § 2255 motion* or by electing to have the district court address the merits of the petition for a writ of audita querela as filed. *See id.* at 649-50. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*VACATED AND REMANDED*

---

*If Barber chooses this route, we express no opinion on the timeliness of the motion or the claims Barber may seek to raise through amendment. *See* 28 U.S.C.A. § 2255 (West Supp. 2001); *Hill v. Braxton*, 277 F.3d 701 (4th Cir. 2002); *United States v. Pittman*, 209 F.3d 314 (4th Cir. 2000).